Case 4:13-cr-00367   Document 464   Filed on 03/03/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 03, 2023
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | |
| vs. | Case No. 4:13-CR-00367-3 |
| **EDGAR SHAKBAZYAN,** Defendant. | |

## ORDER

Before the Court is Defendant's motion to terminate the remaining supervised release term. Having been informed of the issues, and after considering the relevant sentencing factors in §3553(a), the Defendant's motion is GRANTED, and his term of supervised release is hereby TERMINATED.

DATED: March 3, 2023.

_____
**ANDREW S. HANAN**
**UNITED STATES DISTRICT JUDGE**